FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0086

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

JAMES EDWARD MEURET II,

       Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 25, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2023